UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EARL EVANS,<br><br>                           Plaintiff,<br><br>   -against-<br><br>CASE MANAGER LYNDSAY SANTA;<br>CASE WORKER BROOKE LIVINGSTON,<br><br>                        Defendants. | 23-CV-626 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 28, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 28, 2023
           New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                         Chief United States District Judge